IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC., ET AL.   )
                                 )
v.                               )   No. 3:01-1149
                                 )   JUDGE CAMPBELL
MAD BALL MUSIC, ET AL.           )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 38), entered April 19, 2006, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 38) is ADOPTED and APPROVED. Accordingly, Plaintiffs' Motion for Judgment by Default Against Defendant Mad Ball Music (Docket No. 32) is GRANTED. By contemporaneous Order, the Court shall enter default judgment against Defendant Mad Ball Music.

Entry of this Order shall constitute final judgment in this matter. Fed. R. Civ. P. 58. The Clerk is directed to close this file.

IT IS SO ORDERED.

                                    _____
                                    TODD J. CAMPBELL
                                    UNITED STATES DISTRICT JUDGE